259 So.2d 75

**A. S. HOLLIDAY**

v.

**Vertie Leeper HOLLIDAY.**

**No. 52284.**

March 22, 1972.

There is no error of law in the judgment.

259 So.2d 75

**Claude E. NICHOLS**

v.

**AETNA CASUALTY & SURETY COMPANY et al.**

**No. 51991.**

March 27, 1972.

On the facts found by the Court of Appeal the result is correct.

259 So.2d 75

**AETNA CASUALTY & SURETY COMPANY**

v.

**Claude E. NICHOLS et al.**

**No. 51992.**

March 27, 1972.

On the facts found by the Court of Appeal the result is correct.

259 So.2d 76

**Claude E. NICHOLS**

v.

**AETNA CASUALTY & SURETY COMPANY et al.**

**No. 51993.**

March 27, 1972.

On the facts found by the Court of Appeal, there is no error of law in its judgment.

On the facts found by the Court of Appeal the result is correct.

259 So.2d 76

Alvin J. SHOWS

v.

Wayne WILLIAMSON et al.

No. 52232.

March 27, 1972.

259 So.2d 76

William E. DAVIS d/b/a Davis Repair Service

v.

Bernadine E. CHUBE.

No. 52225.

March 27, 1972.

On the facts found by the Court of Appeal, the result is correct.